[831 NE2d 965, 798 NYS2d 720]

In the Matter of SANEL V., a Child Alleged to be Abused and Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; SEFIJA V., Respondent; MURDIJA V., Appellant. (Proceeding No. 1.) (And Another Related Proceeding.) (Proceeding No. 2.)

Decided May 10, 2005

■■■■■■■■

## APPEARANCES OF COUNSEL

*Carol L. Kahn*, New York City, for appellant.

*Michael A. Cardozo, Corporation Counsel*, New York City (*Deborah A. Brenner* of counsel), for Administration for Children's Services, respondent.

## OPINION OF THE COURT

On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order, insofar as appealed from, reversed, with costs, and petition against Murdija V. dismissed in its entirety. As the presentment agency correctly concedes, Family Court's finding that Murdija V. neglected her son, Sanel V., is not supported by legally sufficient evidence.

Concur: Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH.